IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN WESLEY JAMES
#265022                                                                                                PLAINTIFF

v.                                    No. 4:22-cv-971-DPM-PSH

HENDRICKS, Chief Deputy,
Pulaski County Sheriff's Office and
DOE, "Mr. Ken", A.M. Kitchen
Supervisor, Pulaski County Sheriff's
Office                                                                                              DEFENDANTS

ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). James's claims against Chief Deputy Hendricks are dismissed without prejudice. His remaining claims against Doe will proceed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022