IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN WESLEY JAMES
#265022                                                                                           PLAINTIFF

v.                                       No. 4:22-cv-971-DPM

DOE, "Mr. Ken," A.M. Kitchen
Supervisor, Pulaski County Sheriff's Office                            DEFENDANT

ORDER

1. The Court withdraws the reference.

2. James hasn't updated his address; his mail is still being returned undelivered. *Docs. 6, 7 & 8*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 December 2022