# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JONATHAN WESLEY JAMES**  
**#265022**                                                    PLAINTIFF

v.                          No. 4:22-cv-971-DPM

**DOE, "Mr. Ken," A.M. Kitchen**  
**Supervisor, Pulaski County Sheriff's Office**        DEFENDANT

## JUDGMENT

James's complaint is dismissed without prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 December 2022